FILED
2010 May-04 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| MICHAEL R. JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 09-PWG-1177-S |
| GMAC, ET AL., | ) ) ) |
| Defendants. | ) |

<u>O R D E R</u>

Counsel for plaintiff Michael R. Jones has filed a "Motion to Voluntary Dismiss Claims Against Experian Information Solutions, Inc.." The motion is GRANTED. It is ORDERED that this action is DISMISSED with prejudice as to defendant Experian Information Solutions, Inc., costs taxed as paid. The clerk is DIRECTED to close this case.

As to the foregoing it is SO ORDERED this the 4th day of May, 2010.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE